**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOROWITZ, an individual; HEATHER SMULSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DARRELL W. GIBBY, an individual; GIBBY LAW FIRM PLLC, an Arkansas Professional Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case 8:23-cv-01086-FWS-JDE<br><br>Honorable Fred W. Slaughter<br><br>**ORDER RE STIPULATION FOR DISMISSAL PER FRCP 41(A)(1)(A)(2) [30]** |

///

///

///

Having reviewed and considered the Stipulation for Dismissal per FRCP 41(A)(1)(A)(2) [30], filed by Plaintiffs Brian Horowitz and Heather Smulson and Defendants Darrell W. Gibby and Gibby Law Firm PLLC, the files and records of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), with each party bearing their own costs and attorneys' fees; and

2. The court incorporates the terms of the parties' settlement agreement into this Order of dismissal, and the court retains the court's jurisdiction to enforce the parties' settlement agreement until further order of the court.

**IT IS SO ORDERED**.

Dated:  February 9, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE